UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVELYN HOPKINS,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAT SEATTLE, LLC, d/b/a SCHICK SHADEL HOSPITAL,<br><br>                    Defendant. | NO:  13-CV-0004-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 25). This case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. The telephonic status conference scheduled for July 31, 2014, is stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 30, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2